IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES ORNISKUS WALLACE,** | ) |
| Petitioner, | ) |
| vs. | ) Case No. 2:14-cv-1714-RDP-TMP |
| **KIM T. THOMAS, Warden, and** | ) |
| **The ATTORNEY GENERAL of the** | ) |
| **STATE OF ALABAMA,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed his Report and Recommendation on July 17, 2015, recommending dismissal of Petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 8). Petitioner filed objections to the Report and Recommendation. (Doc. 9). Having now carefully considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections, the court is of the opinion that the Magistrate Judge's Report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is denied and dismissed without prejudice. A separate order will be entered.

**DONE** and **ORDERED** this   11th   day of August, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE